United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

YOAV SHAUL,

    Petitioner,

    v.

MICHAEL CHERTOFF, et al.

    Respondents.
_____/

No. C 06-02456 JSW

**ORDER TO SHOW CAUSE**

    Petitioner Yoav Shaul has filed a petition for a writ of mandamus pursuant to 28 U.S.C. § 1361.  The Court hereby issues an ORDER TO SHOW CAUSE why the writ should not be granted.  Respondents shall file responsive papers to the petition by June 2, 2006.  Petitioner may file a reply by June 16, 2006.

    IT IS FURTHER ORDERED that a hearing on the petition will be conducted on June 30, 2006 at 9:00 a.m.

    Petitioner filed a notice of consent to proceed before a magistrate judge.  Respondents shall file a notice of consent or declination by no later than June 2, 2006.

    **IT IS SO ORDERED.**

Dated: May 11, 2006

*Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE