KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| YOAV SHAUL, | ) | No. C-06-2456-JSW |
|     Plaintiff, | ) | |
| v. | ) | **STIPULATION TO EXTEND THE DUE DATE FOR THE DEFENDANTS' RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE, THE DUE DATE FOR THE PLAINTIFF'S REPLY, AND THE DATE OF THE HEARING; AND [PROPOSED] ORDER** |
| MICHAEL CHERTOFF, SECRETARY, DEPARTMENT OF HOMELAND SECURITY; EMILITO T. GONZALEZ, DIRECTOR, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; AND DAVID STILL, DISTRICT DIRECTOR, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, | ) | |
|     Defendants. | ) | |

    Plaintiff, by and through his attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to an extension of the due date for defendants' response to the Order to Show Cause, the due date for the plaintiff's reply, and the date of the hearing in the above-entitled action for the following reasons.

    1. The plaintiff filed his mandamus action on April 7, 2006.

    2. The plaintiff served the United States Attorney's Office on May 3, 2005.

    3. This Court issued an Order to Show Cause on May 11, 2005, directing the defendants to

show cause on or before June 2, 2006, why a writ of mandamus should not be granted.

4. Because the defendants have not yet filed an answer (the due date for the answer is July 3, 2006) and the United States Attorney's Office has not yet entered a notice of appearance, the United States Attorney's Office was not notified via the Court's Electronic Case Filing (ECF) system of the Court's Order to Show Cause.  The United States Attorney's Office first learned of the existence of the Court's Order to Show Cause when plaintiff's attorney called Edward A. Olsen, Assistant United States Attorney, on June 5, 2006, to discuss the case.

5. In light of the fact that the United States Attorney's Office just learned of the Court's OSC today, the parties agree, subject to the approval of the Court, to extend the due date for the response to the OSC to June 30, 2006, to extend the due date for the plaintiff's reply to July 14, 2006, and to extend the date of the hearing to July 28, 2006, or any date thereafter set by the Court.

Date: June 5, 2006                          Respectfully submitted,

                                            KEVIN V. RYAN
                                            United States Attorney


                                                 /s/
                                            EDWARD A. OLSEN[1]
                                            Assistant United States Attorney
                                            Attorneys for Defendants

Date: June 5, 2006                               /s/
                                            GERI N. KAHN
                                            Attorneys for Plaintiff


                                 **ORDER**

        Pursuant to stipulation, IT IS SO ORDERED.


Date:  June 7, 2006                    _____
                                       JEFFREY S. WHITE
                                       United States District Judge

_____

        [1]I, Edward A. Olsen, attest that both Geri N. Kahn and I have signed this stipulation and will produce the original signed copies upon request.

STIPULATION TO EXTEND DEADLINES AND HEARING DATE
C 06-2456-JSW                              2