| | |
|---|---|
| 1 | KEVIN V. RYAN, CSBN 118321 |
| | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
| | Assistant United States Attorney |
| 3 | Chief, Civil Division |
| | EDWARD A. OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

YOAV SHAUL, ) No. C-06-2456-JSW
)
    Plaintiff, )
) **STIPULATION TO EXTEND THE DUE**
    v. ) **DATE FOR THE DEFENDANTS'**
) **RESPONSE TO THE COURT'S ORDER TO**
MICHAEL CHERTOFF, SECRETARY, ) **SHOW CAUSE; AND [PROPOSED] ORDER**
DEPARTMENT OF HOMELAND )
SECURITY; EMILITO T. GONZALEZ, )
DIRECTOR, UNITED STATES )
CITIZENSHIP AND IMMIGRATION )
SERVICES; AND DAVID STILL, )
DISTRICT DIRECTOR, UNITED )
STATES CITIZENSHIP AND )
IMMIGRATION SERVICES, )
)
    Defendants. )

    Plaintiff, by and through his attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to an extension of the due date for defendants' response to the Order to Show Cause and the due date for the plaintiff's reply, but not the hearing date, in the above-entitled action for the following reasons:

    1. The plaintiff filed his mandamus action on April 7, 2006.

    2. The plaintiff served the United States Attorney's Office on May 3, 2005.

    3. This Court issued an Order to Show Cause on May 11, 2005, directing the defendants to

STIPULATION TO EXTEND THE DATE OF THE DEFENDANTS' RESPONSE
C 06-2456-JSW                         1

show cause on or before June 2, 2006, why a writ of mandamus should not be granted.

4. In light of the fact that the United States Attorney's Office only learned of the Court's OSC on June 5, 2006, the parties agreed, subject to the approval of the Court, to extend the due date for the response to the OSC to June 30, 2006, to extend the due date for the plaintiff's reply to July 14, 2006, and to extend the date of the hearing to July 28, 2006.

5. This Court signed the parties' stipulation and proposed order on June 7, 2006.

6. The parties believe that there is a reasonable possibility that this case may be administratively resolved prior to the hearing date. The plaintiff is scheduled for an interview by the United States Citizenship and Immigration Services on July 20, 2006.

Accordingly, the parties stipulate to extend the date of the respondents' response to the Order to Show Cause to July 14, 2006. Any reply would be due by July 21, 2006. The parties do not request a change to the hearing date, which is scheduled for July 28, 2006

Date: June 28, 2006                                  Respectfully submitted,

                                                                KEVIN V. RYAN
                                                              United States Attorney

                                                              /s/
                                                              EDWARD A. OLSEN[1]
                                                              Assistant United States Attorney
                                                             Attorneys for Defendants

Date: June 28, 2006                                  /s/
                                                              GERI N. KAHN
                                                              Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. The Court FURTHER ORDERS that the hearing scheduled for July 28, 2006 is CONTINUED to August 4, 2006 at 9 a.m.

Date: July 7, 2006                                   _____
                                                              JEFFREY S. WHITE
                                                              United States District Judge

---

[1] I, Edward A. Olsen, attest that both Geri N. Kahn and I have signed this stipulation and will produce the original signed copies upon request.

STIPULATION TO EXTEND THE DATE OF THE DEFENDANTS' RESPONSE
C 06-2456-JSW                                    2