IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOAV SHAUL,<br><br>    Petitioner,<br><br>v.<br><br>MICHAEL CHERTOFF, et al.,<br><br>    Respondents.<br>_____ / | No. C 06-02456 JSW<br><br>**ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR ALL PURPOSES** |

    Pursuant to Civil Local Rule 72-1 and to the parties' unanimous consent, the above-captioned matter is HEREBY REFERRED to a randomly assigned Magistrate Judge for all purposes.

    **IT IS SO ORDERED.**

Dated: July 17, 2006

                                                         JEFFREY S. WHITE<br>
                                                         UNITED STATES DISTRICT JUDGE

cc: Wings Hom