Geri N. Kahn (CSB #148536)
400 Montgomery Street, Suite 810
San Francisco, CA 94104
Tel. (415) 397-5446
Fax (925) 889-4379
Email: gkahn@pacbell.net

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Yoav Shaul,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**Michael Chertoff, Secretary, Department of Homeland Security; Emilio T. Gonzalez, Director, United States Citizenship and Immigration Services, and David Still, District Director, United States Citizenship and Immigration Services,**<br><br>**Defendants.** | **Case No.: 06-2456 JL**<br><br>**STIPULATION TO EXTEND THE DUE DATE FOR PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE; AND [PROPOSED] ORDER** |

Plaintiff, Yoav Shaul, by and through his undersigned attorney and defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to an extension of the due date for Plaintiff's reply to Defendants' Response to the Court's Order to Show Cause, in the above-entitled action for the following reasons:

1. Plaintiff filed his mandamus action on April 7, 2006.
2. This Court [Hon. Jeffrey S. White] issued an order to Show Cause on May 11, 2006, directing the defendants to show cause on or before June 2, 2006, why a writ of mandamus should not be granted.

3. The parties agreed to two extensions of Defendants' response. Defendants' response was due on July 14, 2006. Plaintiff's reply is due on July 21, 2006.

4. On July 14, 2006, Defendants filed their response indicating that Plaintiff would be interviewed on July 20, 2006, concerning his application for adjustment of status.

5. On July 20, 2006, Plaintiff was interviewed at Citizenship and Immigration Services regarding his application for adjustment of status.

6. Also on July 20, 2006, the parties received notice that the case was reassigned to Judge Larson and that a case management conference has been scheduled for August 30, 2006.

7. Based on the interview, the parties believe that a decision will be forthcoming and that there is a reasonable possibility that this case may be administratively resolved before the case management conference.

Accordingly, the parties stipulate to extend the date of Plaintiff's reply to Defendants' Response to the Order to Show Cause to August 15, 2006. The parties do not request a change to the case management conference, which is scheduled for August 30, 2006.

Date: July 21, 2006

Respectfully submitted,

/s/
GERI N. KAHN[1]
Attorney for Plaintiff

[1] I, Geri N. Kahn, attest that both Edward A. Olsen and I have signed this stipulation and will produce the original signed copies upon request.

KEVIN V. RYAN
United States Attorney

Date: July 21, 2006

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED

Date: July 24, 2006

