Geri N. Kahn (CSB #148536)
400 Montgomery Street, Suite 810
San Francisco, CA 94104
Tel. (415) 397-5446
Fax (925) 889-4379
Email: gkahn@pacbell.net

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Yoav Shaul, <br><br> Plaintiff, <br><br> vs. <br><br> Michael Chertoff, Secretary, Department of Homeland Security; Emilio T. Gonzalez, Director, United States Citizenship and Immigration Services, and David Still, District Director, United States Citizenship and Immigration Services, <br><br> Defendants. | Case No.: C-06-2456 JL <br><br> STIPULATION TO DISMISS AND [PROPOSED] ORDER |

    Plaintiff, Yoav Shaul, by and through his undersigned attorney, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action in light of the fact that United States Citizenship and Immigration Services has adjudicated Plaintiff's application for permanent residence.

    Each of the parties shall bear their own costs and fees.

Date: August 7, 2006　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　GERI N. KAHN[1]
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff




　　　　　　　　　　　　　　　　　　　　KEVIN V. RYAN
　　　　　　　　　　　　　　　　　　　　United States Attorney


Date: August 7, 2006　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　EDWARD A. OLSEN
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 8-8-06　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JAMES LARSON
　　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge

*IT IS SO ORDERED — Judge James Larson — United States District Court, Northern District of California*

---

[1] I, Geri N. Kahn, attest that both Edward A. Olsen and I have signed this stipulation and will produce the original signed copies upon request.

Stipulation to Dismiss; Order; 06-2456 JL

- 2 -